AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  Massachusetts

### APPEARANCE

Case Number: 04-1809-CBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   CARLOS ESPINOLA

I certify that I am admitted to practice in this court.

_7/12/04_
Date

Signature: *[signed] Keene*

BRADFORD ELIOT KEENE   629440
Print Name                                          Bar Number

220 BROADWAY SUITE 402
Address

LYNNFIELD     MA     01940
City           State    Zip Code

781-346-6500          781-346-6355
Phone Number          Fax Number

EMAIL BKMOGUL@AOL.COM