UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 04-1809-CBS

UNITED STATES

V.

CARLOS ESPINOLA

### DEFENDANT'S MOTION TO DISMISS THE COMPLAINT

Carlos Espinola, defendant in the above-captioned criminal case, hereby moves this Court, pursuant to 18 U.S.C. § 3162(a), to dismiss the complaint. The grounds for the instant motion are set forth in the accompanying memorandum of law.

Respectfully submitted,

Carlos Espinola
By his attorney,

Bradford Eliot Keene,
BBO # 629440
Keene & Gizzi
Attorneys at Law
220 Broadway, Suite 402
Lynnfield, Ma 01940
781.346.6500

## CERTIFICATE OF SERVICE

I certify that I have served the foregoing document by providing a copy IN HAND to the office of the United States Attorney located at One Courthouse Way Boston, Massachusetts to the attention of AUSA David Tobin this 21st day of September, 2004.

*[signature]*
Bradford Eliot Keene

2